UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| HARVEY H. LOURD, JR. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 04-0475 |
| | * | |
| CENTOCOR, INC. | * | JUDGE DOHERTY |
| | * | |
| | * | MAGISTRATE METHVIN |

### STIPULATION AND ORDER OF DISMISSAL

Pursuant to F.R.C.P. 41 (a) IT IS HEREBY STIPULATED by undersigned counsel that plaintiff, Harvey H. Lourd, Jr., in the above captioned matter no longer seeks to prosecute his claims against defendant, Centocor, Inc., in the above styled cause and therefore plaintiff respectfully moves this Court to enter an order dismissing his action with prejudice. All parties to bear their own costs.

Considering the above and foregoing; IT IS ORDERED, ADJUDGED AND DECREED that the above numbered and captioned action be and the same is hereby dismissed with prejudice, all parties to bear their own costs.

LAFAYETTE, LOUISIANA, this _____ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:

_____
**KENNETH W. DEJEAN** (La. Bar No. 4817)
417 W. University Avenue
P.O. Box 4325
Lafayette, LA 70502
Telephone: 337/235-5294
Fax: 337/235-1095
**COUNSEL FOR PLAINTIFF, HARVEY H. LOURD, JR.**

_____
**JAMES B. IRWIN, T.A.** ( La. Bar No. 7172)
MONIQUE M. GARSAUD (La. Bar No. 25393)
Irwin Fritchie Urquhart & Moore LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504/310-2100
Fax: 504/310-2101
**COUNSEL FOR DEFENDANT, CENTOCOR, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Stipulation and Order of Dismissal** has been sent via U.S. Mail to plaintiff counsel on this ____ day of February, 2005.

_____

**RECEIVED**

FEB 22 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# IRWIN FRITCHIE
# URQUHART & MOORE LLC

—— COUNSELORS AT LAW ——

MONIQUE M. GARSAUD
DIRECT DIAL: (504) 310-2162
mgarsaud@irwinllc.com

400 POYDRAS STREET • SUITE 2700
NEW ORLEANS, LOUISIANA 70130
TELEPHONE 504.310.2100
FACSIMILE 504.310.2101
www.irwinllc.com

February 21, 2005

Clerk of Court
United States District Court
Western District of Louisiana
Lafayette-Opelousas Division
800 Lafayette Street, Suite 2100
Lafayette, LA 70501

RE: *Harvey H. Lourd, Jr. v. Centocor, Inc.*
Civil Action No. 04-0475, Judge Doherty, Magistrate Methvin
Our File No. 9735.77

Dear Clerk:

Enclosed is an original and two copies of the Stipulation and Order of Dismissal which we ask that you please file into the record of the Court and return the conformed copies to our office in the enclosed self-addressed stamped envelope.

Very truly yours,

Monique M. Garsaud

MMG/krb
Enclosures